UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MURIEL L. and ELSIE V. HARRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:14-cv-017 |
| | ) | Phillips/Lee |
| TD AMERITRADE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's renewed motion to dismiss [Doc. 37] is **GRANTED** and this case is **DISMISSED**. In light of the Court's ruling on the motion to dismiss, the defendant's motion to strike [Doc. 35] is **DENIED as moot**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

        s/ Thomas W. Phillips
        SENIOR UNITED STATES DISTRICT JUDGE